# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162260

IN THE MATTER OF

TRACY E. GREEN, JUDGE                  SC: 162260
3rd CIRCUIT COURT                       JTC Formal Complaint 103

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the request by the Judicial Tenure Commission for the appointment of a Master is considered, and the Honorable Betty R. Widgeon is hereby appointed Master to hear Formal Complaint No. 103.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2021



Clerk